## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Hattie Mae Brown,

      Plaintiff(s),

      v.                                  Case No.  1:03cv611

                                          (Judge Michael H. Watson)

Daniel N. Kosanovich, et al.,

      Defendant(s).

# ORDER

      This matter is before the Court on the Magistrate Judge's Report and Recommendation filed April 25, 2005 (Doc. 42).

      Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner.  See United States v. Walters, 638 F.2d 947 (6th Cir. 1981).  No objections to the Magistrate Judge's Report and Recommendation have been filed.

      Having reviewed this matter de novo pursuant to 28 U.S.C. § 636, the Court finds the Magistrate Judge's Report and Recommendation to be correct.

      Accordingly, it is **ORDERED** that the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED**.  The motion filed by Plaintiff for reconsideration of the Order and Judgment dismissing this action for lack of subject matter jurisdiction is denied.

bac    May 13, 2005

                            Michael H. Watson
                            United States District Judge